# RETURN OF SERVICE

DATE  1-11-02

Service of the Summons and complaint was made by me[1]

NAME OF SERVER (PRINT)  DENNIS E. WHITE

TITLE  PRIVATE PROCESS SERVER

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 7701 S. Stemmons, Corith, TX

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information Contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-11-02         *Dennis E. White*
             Date            Signature of Server

931 Frontier Trl Rockwall, Texas 75032
Address of Server

Signed and sworn to by the said Dennis E. White before me this 14th day of January, 2002, to certify which witness my hand and seal of office.

Kristin Christian
Notary Public  Texas County  Dallas

KRISTIN CHRISTIAN
MY COMMISSION EXPIRES
July 10, 2002

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 18 2002
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure