ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB - 4 2002
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| NATIONAL RURAL UTILITIES COOPERATIVE FINANCE CORPORATION, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 3:02-CV-0067-G |
| DENTON COUNTY ELECTRIC COOPERATIVE, INC., COSERV INVESTMENTS, L.P., COSERV REALTY HOLDINGS, L.P., AND COSERV UTILITY HOLDINGS, L.P. | § § § § § § § | |
| Defendants. | § § | |

**AMENDED SUGGESTION OF BANKRUPTCY OF DENTON COUNTY ELECTRIC COOPERATIVE, INC., COSERV INVESTMENTS, L.P., COSERV REALTY HOLDINGS, L.P., AND COSERV UTILITY HOLDINGS, L.P.**

Please be advised that on February 1, 2002 Defendants Denton County Electric Cooperative, Inc., CoServ Investments, L.P., CoServ Realty Holdings, L.P., and CoServ Utility Holdings, L.P., filed their voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division. These cases have been administratively consolidated with Denton County Electric Cooperative, Inc. d/b/a CoServ Electric, et al., Case No. 02-40665-DML. Accordingly, the above-referenced case is stayed pursuant to Section 362 of the Bankruptcy Code.

Respectfully submitted,

GARDERE WYNNE SEWELL, LLP

By: _____
Douglas S. Lang, SBN 11895500
Holland Neff O'Neil, SBN14864700
Joshua S. Roseman, SBN 24007948
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Phone: 214.999.3000
Fax: 214.999.4667

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing document has been forwarded to the following counsel of record by the method of delivery indicated, on this 4th day of February, 2002:

| | |
|---|---|
| Edward Koppman<br>Tonya Johannsen<br>Akin Gump Strauss Hauer & Feld, LLP<br>1700 Pacific Avenue, Suite 4100<br>Dallas, Texas 75201 | *Via Facsimile: (214) 969-4343*<br>*and Via U.S. Mail* |
| Daniel Ferrell McInnis<br>Tobias E. Zimmerman<br>Akin Gump Strauss Hauer & Feld, LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036 | *Via Facsimile (202) 887-4288*<br>*and Via U.S. Mail* |
| Jeff Sherwood<br>Anthony T. Pierce<br>Eric Cowan<br>Akin Gump Strauss Hauer & Feld, LLP<br>1676 International Drive, Penthouse<br>McLean, Virginia 22102 | *Via Facsimile: (703) 891-7501*<br>*and Via U.S. Mail* |

                                                                                    */s/ Joshua S. Roseman*
                                                                                    Joshua S. Roseman